1016

[No. 26407-6-III. Division Three. June 17, 2008.]

ALAN ASHMORE, *Respondent*, v. THE ESTATE OF ELMER C. DUFF, *by and through its Personal Representative George R. Granberg*, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-2-00223-6, Robert L. Zagelow, J., entered July 20, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 24940-9-III. Division Three. June 19, 2008.]

HENRY LOPEZ ET AL., *Plaintiffs*, v. ROB S. COURVILLE ET AL., *Respondents*, SD CONSTRUCTION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Asotin County, No. 02-2-00351-1, Wallis W. Friel, J. Pro Tem., entered July 19, 2005. *Affirmed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Sweeney and Brown, JJ.

[No. 25802-5-III. Division Three. June 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN LEE BRANDON, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-1-00149-3, Michael E. Cooper, J., entered December 11, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney and Korsmo, JJ.